[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11671
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00007-CDL-MSH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KRISTOPHER CARVER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(November 17, 2015)

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

David L. Roberts, appointed counsel for Kristopher Carver, in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carver's convictions and sentences are **AFFIRMED**.